IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CASE NUMBER 6:20-CR-00062-JDK |
| v. | § § § § § | |
| EMILEE FENTON (2) | § | |

### ORDER OF TEMPORARY DETENTION PENDING HEARING[1]
### PURSUANT TO BAIL REFORM ACT

Upon motion of the Government, it is ORDERED that a detention hearing is set for Tuesday, September 01, 2020 at 2:00pm before JOHN D. LOVE, United States Magistrate Judge in Tyler, Texas. Pending the hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

**So ORDERED and SIGNED this 26th day of August, 2020.**

*[Signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; Subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.